```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street, Room 3654
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT FOR THE

 9                       EASTERN DISTRICT OF CALIFORNIA

10
    SALUD ALCANTAR,                 )    1:04-cv-05849 SMS
11                                  )
                 Plaintiff,         )    STIPULATION AND ORDER
12                                  )    AWARDING EAJA ATTORNEY FEES
                 v.                 )
13                                  )
    JO ANNE B. BARNHART,            )
14  Commissioner of Social          )
    Security,                       )
15                                  )
                 Defendant.         )
16  _____    )

17
        IT IS HEREBY STIPULATED by the parties, through their
18
    undersigned counsel, subject to the approval of the Court, that
19
    counsel for plaintiff be awarded attorney fees under the Equal
20
    Access to Justice Act in the amount of EIGHT HUNDRED AND NINETY-
21
    FOUR DOLLARS AND NO CENTS ($894.00). This amount represents
22
    compensation for legal services rendered on behalf of plaintiff by
23
    counsel in connection with this civil action for services
24
    performed before the district court in accordance with 28 U.S.C. §
25
    2412(d).
26
    //
27
    //
28

                                    1
```

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: April 12, 2005          /s/ Robert D. Christenson
                               (As authorized via facsimile)
                               ROBERT D. CHRISTENSON
                               Attorney for Plaintiff

Dated: April 14, 2005          McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 25, 2005**           **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE